IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| CAROL PEEL | § | |
| | § | |
| VS. | § | CA No. 4:15-cv-03016 |
| | § | |
| UNUM LIFE INSURANCE | § | |
| COMPANY OF AMERICA and | § | |
| HIGGINBOTHAM INSURANCE | § | |
| AGENCY, INC. PLAN | § | |

## AGREED STIPULATION - DISMISSAL WITHOUT PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for Plaintiff, Defendant UNUM Life Insurance Company of America ("Insurer"), and Defendant Higginbotham Insurance Agency, Inc. Plan ("Plan"), that:

1. Without admitting any of the allegations in the Complaint or liability for any causes of action asserted therein, Insurer stipulates that it insures the Accidental Death & Dismemberment benefits under the Plan that Plaintiff seeks in this lawsuit, and would be responsible for funding the benefits it insures if the Court were to find that Plaintiff is entitled to receive them. However, Insurer believes that Plaintiff is not entitled to any such payment.

2. The Plan is neither a necessary nor indispensable party to this action.

3. The Complaint is hereby dismissed without prejudice as against the Plan.

Respectfully submitted,

By:___/s/_____
James C. Plummer, TBA #16075700
Federal I.D. No. 3692

jplummer@plummerlawyers.com
Amar Raval, TBA # 24046682
S.D. I.D. No 619209
araval@plummerlawyers.com
**PLUMMER | RAVAL**
4203 Montrose Boulevard, Suite 270
Houston, Texas 77006
(713) 522-2887
(713) 522-3605 (Fax)

ATTORNEYS FOR PLAINTIFF


By: _____
Kevin Sewell, TBA #00789619
Martin Diseire Jefferson & Wisdom, LLP
Tollway Plaza One
16000 N. Dallas Parkway, Suite 800
Dallas, TX 75248
(214) 420-5525
(214) 420-5501 (Fax)

ATTORNEYS FOR DEFENDANT
HIGGINBOTHAM INSURANCE AGENCY, INC. PLAN


By: _/s/ Dennis Lynch_____
Dennis Lynch, TBA #90001506
S.D.I.D. 23163
Roshanak Khosravighasemabadi, TBA #24048587
S.D.I.D. 922957
FIGARI + DAVENPORT, LLP.
3400 Bank of America Plaza
901 Main St., LB 125
Dallas, TX 75202
(214) 939-2000
(214) 939-2090 (Fax)

ATTORNEYS FOR DEFENDANT
UNUM LIFE INSURANCE COMPANY OF AMERICA

jplummer@plummerlawyers.com
Amar Raval, TBA # 24046682
S.D. I.D. No 619209
araval@plummerlawyers.com
**PLUMMER | RAVAL**
4203 Montrose Boulevard, Suite 270
Houston, Texas 77006
(713) 522-2887
(713) 522-3605 (Fax)

ATTORNEYS FOR PLAINTIFF

By: _/s/ Kevin Sewell_
Kevin Sewell, TBA #00789619
Martin Diseire Jefferson & Wisdom, LLP
Tollway Plaza One
16000 N. Dallas Parkway, Suite 800
Dallas, TX 75248
(214) 420-5525
(214) 420-5501 (Fax)

ATTORNEYS FOR DEFENDANT
HIGGINBOTHAM INSURANCE AGENCY, INC. PLAN

By: _____
Dennis Lynch, TBA #90001506
S.D.I.D. 23163
Roshanak Khosravighasemabadi, TBA #24048587
S.D.I.D. 922957
FIGARI + DAVENPORT, LLP.
3400 Bank of America Plaza
901 Main St., LB 125
Dallas, TX 75202
(214) 939-2000
(214) 939-2090 (Fax)

ATTORNEYS FOR DEFENDANT
UNUM LIFE INSURANCE COMPANY OF AMERICA