United States District Court
Southern District of Texas
**ENTERED**
December 03, 2015
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| Carol Peel, | § | |
|     Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-15-3016 |
| | § | |
| UNUM Life Insurance Company of America, et al, | § § | |
|     Defendants. | § | |

## O R D E R

In accordance with the Notice of Dismissal filed on December 3, 2015 (docket entry no. 10), Higginbotham Insurance Agency, Inc. Plan is dismissed without prejudice.

**SIGNED** at Houston, Texas, on this 3rd day of December, 2015.

_____
SIM LAKE
UNITED STATES DISTRICT JUDGE