IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| CAROL PEEL, § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | C.A. No. 4:15-cv-03016 |
| § | |
| UNUM LIFE INSURANCE § | |
| COMPANY OF AMERICA, § | |
| § | |
| Defendant. § | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Carol Peel ("Plaintiff") and Defendant Unum Life Insurance Company of America ("Defendant") (together, the "Parties") announce to the Court that the matters in controversy between them have been settled and that the consideration therefore has been paid in full and received. In accordance with the Settlement Agreement and Release between the Parties, Plaintiff and Defendant stipulate as follows:

1. That all claims, demands, debts, or causes of action asserted or assertable herein by and between the Parties be DISMISSED WITH PREJUDICE; and

2. That all attorneys' fees and costs be borne by the party incurring them.

**AGREED AND APPROVED:**

By: /s/ Amar Raval (w/permission)
   Amar Raval
   State Bar No. 24046682
   S. D. No. 619209
   araval@plummerlawyers.com
   James C. Plummer
   State Bar No. 16075700
   Federal I.D. No. 3692
   jplummer@plummerlawyers.com

PLUMMER|RAVAL
4203 Montrose Blvd., Suite 270
Houston, Texas 77006
(713) 522-2887
(713) 522-3605 (facsimile)

ATTORNEYS FOR PLAINTIFF


By: /s/ Dennis Lynch
   Dennis M. Lynch
   State Bar No. 90001506
   dennis.lynch@figdav.com
   Attorney-in-Charge

   Of Counsel:
   Roshanak Khosravighasemabadi
   State Bar No. 24048587
   S.D. No. 922957
   rosh.khosravi@figdav.com

FIGARI + DAVENPORT, LLP
3400 Bank of America Plaza
901 Main Street, LB 125
Dallas, Texas 75202-3796
(214) 939-2000
(214) 939-2090 (Facsimile)

ATTORNEYS FOR DEFENDANT

**STIPULATION OF DISMISSAL WITH PREJUDICE** - Page 2

## CERTIFICATE OF SERVICE

    I hereby certify that a true and correct copy of the foregoing document has been sent via the ECF Filing System to Mr. Amar Raval of Plummer|Raval, 4203 Montrose Blvd., Suite 270, Houston, Texas 77006, on this the 6th day of May, 2016.

                                                /s/ Dennis M. Lynch
                                                Dennis M. Lynch