United States District Court
Southern District of Texas
**ENTERED**
May 06, 2016
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| CAROL PEEL, | § | |
| Plaintiff, | § § § | |
| v. | § § | C.A. No. 4:15-cv-03016 |
| UNUM LIFE INSURANCE COMPANY OF AMERICA, | § § § | |
| Defendant. | § § | |

## AGREED ORDER OF DISMISSAL WITH PREJUDICE

Plaintiff Carol Peel ("Plaintiff") and Defendant Unum Life Insurance Company of America ("Defendant") (together, the "Parties") have announced to the Court that the matters in controversy between and among them have been settled and that the consideration therefore has been paid in full and received. In accordance with the Stipulation of Dismissal with Prejudice filed by the Parties, it is

ORDERED that all claims, demands, debts, or causes of action asserted or assertable in the lawsuit are DISMISSED WITH PREJUDICE; it is further

ORDERED that all attorneys' fees and court costs be borne by the party incurring them.

SIGNED this 6th day of MAY, 2016.

_____
JUDGE PRESIDING

**AGREED AND APPROVED:**

By: /s/ Amar Raval (w/permission)
Amar Raval
State Bar No. 24046682
S. D. No. 619209
araval@plummerlawyers.com
James C. Plummer
State Bar No. 16075700
Federal I.D. No. 3692
jplummer@plummerlawyers.com

PLUMMER|RAVAL
4203 Montrose Blvd., Suite 270
Houston, Texas 77006
(713) 522-2887
(713) 522-3605 (facsimile)

ATTORNEYS FOR PLAINTIFF


By: /s/ Dennis Lynch
Dennis M. Lynch
State Bar No. 90001506
dennis.lynch@figdav.com
Attorney-in-Charge

Of Counsel:
Roshanak Khosravighasemabadi
State Bar No. 24048587
S.D. No. 922957
rosh.khosravi@figdav.com

FIGARI + DAVENPORT, LLP
3400 Bank of America Plaza
901 Main Street, LB 125
Dallas, Texas 75202-3796
(214) 939-2000
(214) 939-2090 (Facsimile)

ATTORNEYS FOR DEFENDANT